CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MARK B. FRAZIER (State Bar No. 107221)
mfrazier@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035
Attorneys for Defendants
Salisbury Family Limited Partnership and El Cholo, Inc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>SALISBURY FAMILY LIMITED PARTNERSHIP, a California Limited Partnership;<br>EL CHOLO, INC and Does 1-10,<br><br>        Defendants. | Case No.: 2:16-CV-02878-GW-RAO<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: November 29, 2016        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: November 29, 2016        RUTAN &TUCKER,LLP

By: /s/ Mark B. Frazier
    Mark B. Frazier
    Attorneys for Defendants
    Salisbury Family Limited Partnership and
    El Cholo, Inc

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mark B. Frazier, counsel for Salisbury Family Limited Partnership and El Cholo, Inc., and that I have obtained Mr. Frazier's authorization to affix his electronic signature to this document.

Dated: November 29, 2016            CENTER FOR DISABILITY ACCESS

                                                By: /s/ Phyl Grace
                                                    Phyl Grace
                                                    Attorney for Plaintiff